UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT

**ADAM BONAREK**,

    Plaintiff

V

**AMERICAN EXPRESS,**
**EXPERIAN INFORMATION SOLUTIONS INC.,**
**TRANS UNION, LLC, and EQUIFAX INFORMATION**
**SERVICES, LLC.**

    Defendants.

Case No. 2:17-cv-10070-BAF-SDO
Hon. Bernard A. Friedman
Magistrate Judge Stephanie Dawkins Davis

_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, ADAM BONAREK, through his attorneys, XUEREB LAW GROUP PC, by John R. Badeen, hereby gives notice that he is voluntarily dismissing defendant, AMERICAN EXPRESS, with prejudice and without costs to either party pursuant to the Federal Rules of Civil Procedure Rule 41(a)(1)(A) and 41(a)(1)(B).

    Respectfully submitted,

    **XUEREB LAW GROUP PC**

    By: _/s/ John R. Badeen_____
        John R. Badeen (P71014)
        Attorneys for plaintiff
        7752 N. Canton Center Rd.
        Suite 110
        Canton, Michigan 48187
        (734) 455-2000

Dated: March 21, 2017