## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## DETROIT

**ADAM BONAREK**,

      Plaintiff                       Case No. 2:17-cv-10070-BAF-SDO
                                            Hon. Bernard A. Friedman
V                                    Magistrate Judge Stephanie Dawkins Davis

**EXPERIAN INFORMATION SOLUTIONS INC.,**
**TRANS UNION, LLC, and EQUIFAX INFORMATION**
**SERVICES, LLC.**

      Defendants.

_____/

### <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiff, ADAM BONAREK, through his attorneys, XUEREB LAW GROUP PC, by John

R. Badeen, hereby gives notice that he is voluntarily dismissing defendant, EQUIFAX

INFORMATION SERVICES, LLC, with prejudice and without costs to either party pursuant to the

Federal Rules of Civil Procedure Rule 41(a)(1)(A) and 41(a)(1)(B).

                      Respectfully submitted,

                      **XUEREB LAW GROUP PC**

                    By: _/s/ John R. Badeen_____
                        John R. Badeen (P71014)
                        Attorneys for plaintiff
                        7752 N. Canton Center Rd.
                        Suite 110
                        Canton, Michigan 48187
                        (734) 455-2000

Dated:  April 11, 2017