# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| ADAM BONAREK,<br>    Plaintiff, | CASE NO.  2:17-cv-10070-BAF-SDD |
| vs. | Judge Bernard A. Friedman<br>Magistrate Judge Stephanie Dawkins Davis |
| AMERICAN EXPRESS;<br>EXPERIAN INFORMATION<br>SOLUTIONS INC.; TRANS<br>UNION, LLC; and EXQUIFAX<br>INFORMATION SERVICES, LLC;<br>    Defendants. | |

_____

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT TRANS UNION, LLC, ONLY
_____

Plaintiff Adam Bonarek, by counsel, and Defendant Trans Union, LLC, by counsel, having agreed to the entry of this Stipulation And Order Of Dismissal With Prejudice dismissing all claims of Plaintiff Adam Bonarek against Defendant Trans Union, LLC only, with prejudice, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Adam Bonarek against Defendant Trans Union, LLC only are dismissed, with prejudice. Plaintiff and Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: April 14, 2017     s/ Bernard A. Friedman
SENIIOR JUDGE, United States District Court, Eastern District of Michigan, Southern Division

**I consent to the entry of this order**:

Date:  April 13, 2017      *s/ John R. Badeen (with consent)*
John R. Badeen, Esq.
Xuereb Law Group, PC
7752 North Canton Center Road
Suite 110
Canton, MI  48187
Telephone:  (734) 455-2000
Fax:  (734) 455-2013
E-Mail:  jbadeen@xuereblawgroup.com

*Counsel for Plaintiff Adam Bonarek*

Date:  April 13, 2017                 *s/ Debra A. Miller*
                                      Laura K. Rang, Esq. (IN #26238-49-A)
                                      Debra A. Miller, Esq. (IN #27254-49)
                                      Schuckit & Associates, P.C.
                                      4545 Northwestern Drive
                                      Zionsville, IN  46077
                                      Telephone:  317-363-2400
                                      Fax:  317-363-2257
                                      E-Mail:  lrang@schuckitlaw.com
                                               dmiller@schuckitlaw.com

                                      *Counsel for Defendant, Trans Union, LLC*


                                      Brian A. Nettleingham, Esq. (MI #P58966)
                                      Maddin, Hauser, Wartell, Roth
                                      & Heller, P.C.
                                      28400 Northwestern Hwy., 3rd Floor
                                      Southfield, MI 48034
                                      Telephone: 248-359-7503
                                      E-Mail:  ban@maddinhauser.com

                                      *Local Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

ADAM BONAREK,  CASE NO. 2:17-cv-10070-BAF-SDD
    Plaintiff,

    vs.  Judge Bernard A. Friedman
        Magistrate Judge Stephanie Dawkins Davis

AMERICAN EXPRESS;
EXPERIAN INFORMATION
SOLUTIONS INC.; TRANS
UNION, LLC; and EXQUIFAX
INFORMATION SERVICES, LLC;
    Defendants.

_____

## CERTIFICATE OF SERVICE
_____

    I, Debra A. Miller, hereby certify that on the **13th day of April, 2017**, I electronically submitted the foregoing using the ECF system and a copy of the same was sent via e-mail to the following counsel of record:

| John R. Badeen, Esq.<br>jbadeen@xuereblawgroup.com | Sidney L. Frank, Esq.<br>slfrank@wwrplaw.com |
|---|---|
| Tamara E. Fraser, Esq.<br>tefraser@wwrplaw.com | |

    I further certify that on the **13th day of April, 2017**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| None. | |
|---|---|

*s/ Debra A. Miller*
Laura K. Rang, Esq. (IN #26238-49-A)
Debra A. Miller, Esq. (IN #27254-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  lrang@schuckitlaw.com
dmiller@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*