## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

ADAM BONAREK,

         Plaintiff,                        Case No. 2:17-cv-10070
                                                  Hon. Bernard A. Friedman
v.                                            Mag. Stephanie Dawkins Davis

AMERICAN EXPRESS,
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC and
EQUIFAX INFORMATION SERVICES, LLC,

         Defendants.

_____

## STIPULATION AND ORDER TO DISMISS
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY,
## WITH PREJUDICE

        Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian"),

through their respective counsel, stipulate to the dismissal of Defendant Experian,

only, with prejudice and without costs or attorney fees to either party.


   /s/ John R. Badeen (by consent)            /s/ Tamara E. Fraser
John R. Badeen (P71014)                Tamara E. Fraser (P51997)
Attorney for Plaintiff                     Attorney for Defendant Experian
Xuereb Law Group PC                Williams, Williams, Rattner
(734) 455-2000                            & Plunkett, P.C.
jbadeen@xuereblawgroup.com          (248) 642-0333
                                       tefraser@wwrplaw.com

## ORDER TO DISMISS
## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE

The Court having received the parties' Stipulation, and being otherwise fully advised in the premises,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc., only, shall be dismissed with prejudice and without costs or attorney fees awarded to either party.

This resolves the last pending claim and closes this case.

Dated: April 17, 2017

s/ Bernard A. Friedman_____
Honorable Bernard A. Friedman
U.S. District Court Judge